# LAW OFFICES OF JOHN KNUDSEN, LLC
PO BOX 748
WHITE PLAINS, NEW YORK 10602
(914) 721-0085

April 26, 2019

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Sanchez v. FBI
                  16 Civ. 1961 (VSB)

Dear Judge Broderick:

      This letter is submitted to update the Court regarding the status of this matter since the plaintiff's March 22, 2019 letter. The parties have continued to confer regarding settlement, with plaintiff responding to defendants' counter offer. The parties are scheduled to continue to speak regarding settlement. I request permission to update the Court on May 24, 2019 regarding this matter.

                                          Respectfully submitted,

                                          /s/  John Knudsen

                                          John E. Knudsen

cc:    Kirti Reddy, Esq.